**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-02219 VAP(DTBx)                                Date:  May 28, 2010

Title:   ELTON INC., et al. -v- KEN SALAZAR, et al.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                 None Present
    Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR                              ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                       DEFENDANTS:

    None                                                                   None

PROCEEDINGS:     MINUTE ORDER ORDERING PLAINTIFF TO SHOW
                                 CAUSE (IN CHAMBERS)

     Plaintiffs Elton Inc. Elton Nixon ("Plaintiffs") filed their Complaint in this action on December 3, 2009.  Plaintiffs were obligated to serve the Complaint and summons no later than April 2, 2010.  Plaintiffs have not filed a proof of service of the Complaint and summons as to any Defendant.  Accordingly, the Court orders Plaintiffs to show cause, in writing, no later than June 4, 2010, why their Complaint should not be dismissed for failure to prosecute.  Plaintiffs may respond to this order to show cause by filing a proof of service of the summons and Complaint on all Defendants.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                                          Initials of Deputy Clerk ___md___
CIVIL -- GEN                                    Page 1