**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 09-02219 VAP(DTBx)                    Date:  February 11, 2011

Title:      ELTON INC., et al. -v- KEN SALAZAR, et al.
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                  None Present
    Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                              None

PROCEEDINGS:      MINUTE ORDER ORDERING PLAINTIFFS TO SHOW
CAUSE FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On December 3, 2009, Plaintiffs Elton Inc. and Elton Nixon ("Plaintiffs") filed their Complaint against Defendants Ken Salazar, Secretary of the United States Department of the Interior, the United States Bureau of Land Management, Frank Campos, Gold Investment Corp., Jeffrey Schneider, and Ed Miskulin (collectively, "Defendants").  (Doc. No. 1.)  On May 28, 2010, this Court issued an order to show cause why Plaintiffs' Complaint should not be dismissed for failure to prosecute.  (Doc. No. 5.)  Plaintiffs filed their Response on June 7, 2010, requesting an additional thirty days to serve Defendants.  (Doc. No. 6.)

    Plaintiffs have not filed proofs of service for the Summons and Complaint. Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve summons and

**EDCV 09-02219 VAP(DTBx)**
**ELTON INC., et al.  v. KEN SALAZAR, et al.**
**MINUTE ORDER of February 11, 2011**

complaint on all named defendants within 120 days of filing.  Failure to do so can result in dismissal of the action against the unserved defendant for failure to prosecute.  See Fed. R. Civ. P. 4(m).

The present action was filed on December 3, 2009.  Under Rule 4(m), Plaintiffs were required to serve the Defendants by April 2, 2010.  Nevertheless, on June 7, 2010, Plaintiffs requested an additional thirty days to serve Defendants.  Accordingly, Plaintiffs were required to serve Defendants by May 3, 2010.  As Defendants have not been served, the Court ORDERS Plaintiffs to show cause, in writing, by no later than February 18, 2011, why the action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**